IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEMTOV MICHTAVI, | : | 1:10-cv-1399 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| WILLIAM SCISM, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### September 17, 2014

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.    Defendants' Motion for Summary Judgment (Doc. 139) is

      **GRANTED**.

2.    Plaintiff's Motions for Extensions of Time (Docs. 157 and 161) are

      **DISMISSED AS MOOT**.

3.    Plaintiff's Motions for Default Judgment (Docs. 148 and 153) are

      **DENIED**.

4.    The Clerk of Court is directed to **CLOSE** the file on this case.


                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge